#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### EASTERN DIVISION

THELMA WILLIAMS                                                                                           PLAINTIFF
ADC #93197

v.                                           NO. 2:12CV00010 JLH/HDY

W. McNARY, *et al.*                                                                                      DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of January, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE