## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

THELMA WILLIAMS                                                                                      PLAINTIFF
ADC #93197

v.                                                     NO. 2:12CV00010 JLH

W. McNARY, *et al.*                                                                              DEFENDANTS

### ORDER

    Plaintiff's complaint was dismissed on January 17, 2012, pursuant to the Prison Litigation Reform Act's three-strikes provision.  On March 1, 2012, the United States Court of Appeal for the Eighth Circuit dismissed Plaintiff's appeal for failure to prosecute.  This Court denied Plaintiff's motion for a hearing on March 30, 2012.  Plaintiff has now submitted for filing documents in which he appears to again request a hearing.  The Clerk is directed to return the documents to Plaintiff without filing them.  The Clerk is further directed to return to Plaintiff any future documents he attempts to file in this case, until he has paid the full $350.00 filing fee.

    IT IS SO ORDERED this 6th day of April, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE